PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

2005 JAN 11 P 5: 23

# United States District Court

FOR THE

U.S. DISTRICT COURT
HARTFORD, CT.

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ALIDA MARTINEZ

Crim #: 3:02CR0090(DFM)

Re: **Early Termination of Supervision**

On **June 17, 2002**, the above named was placed on **PROBATION** for a period of **three (3)** years by the Honorable Donna F. Martinez, United States Magistrate Judge, District of Connecticut. Ms. Martinez has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Dennis G. Linder
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 5th day of January, 2005.

The Honorable Donna F. Martinez
United States Magistrate Judge